UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

TIFFANY WILSON, as Administrator of the Estate of
ABDUL SHARRIF WILSON,

                         Plaintiff,

            -against-

THE CITY OF NEW YORK, PHILLIP GRIMALDI, JOHN
DiCARLO, PETER McMAHON, ARTHUR WILLIAMS,
ROBERT IZZO, EDWARD FEIT, LT. JAMES LUONGO,
RICKY BRADFORD, POLICE OFFICER MARCO
VENEZIA, DR. JONATHAN ARDEN, and OTHER AS YET
UNKNOWN OFFICERS AND SUPERVISORS, 1-10,

                         Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-4156(MKB) (LB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
June 14, 2017

NEUFELD, SCHECK & BRUSTIN, LLP
*Attorneys for Plaintiff*
99 Hudson Street
New York, New York 10013

By: _____
Nick J. Brustin, Esq.
Emma K. Freudenberger, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Arthur G. Larkin, Esq.      Eviana Englert
*Senior Counsel*            Assistant Corporation
                                      Counsel

SO ORDERED:

_____
HON. MARGOT K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017